NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FIKRI BAYRAMOGLU, | Case Number C 05-1897 JF (RS) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Plaintiff seeks reconsideration of the dismissal of his complaint without prejudice for lack of subject matter jurisdiction. The Court has considered Plaintiff's motion for reconsideration as well as Defendant's opposition thereto, and has concluded that the matter is appropriate for disposition without oral argument pursuant to Civil Local Rule 7-1(b).

The Court concluded that it lacks subject matter jurisdiction over Plaintiff's tort claims arising out of the alleged destruction or loss of his mail, and that Plaintiff has failed to exhaust administrative remedies with respect to any contract claim based upon the postal insurance. Plaintiff has not presented new or different facts or law that would warrant reconsideration of these conclusions. Accordingly, Plaintiff's motion for reconsideration is DENIED.

1   IT IS SO ORDERED.

5   DATED: 4/4/06

_____
JEREMY FOGEL
United States District Judge

2

Case No. C 05-1897 JF (RS)
ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION
(JFLC2)

1  This Order was served on the following persons:

3  Plaintiff *pro se*:

4  Fikri Bayramoglu
C-54604
5  CTF-C-ZW 329L
P.O. Box 689
6  Soledad, CA 93960

7  Counsel for Defendant:

8  Chinhayi J. Coleman
Assistant United States Attorney
9  450 Golden Gate Avenue
P.O. Box 36055
10 San Francisco, CA 94102

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 05-1897 JF (RS)
ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION
(JFLC2)