1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FIKRI BAYRAMOGLU,<br><br>                    Plaintiff,<br><br>          v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | Case Number C 05-1897 JF (RS)<br><br>ORDER[1] RE PLAINTIFF'S DOCUMENTS FILED JUNE 9 AND JUNE 20<br><br>[re:  doc. nos. 34, 35] |

     Plaintiff Fikri Bayramoglu, a state prisoner proceeding *pro se*, filed this action in the

Small Claims Division of the Monterey County Superior Court on April 1, 2005, alleging that the

United States Postal Service destroyed two items of insured mail and lost two other items of

insured mail.  Defendant subsequently removed the action to this Court.  On January 12, 2006,

the Court granted Defendant's motion to dismiss without leave to amend; the Court dismissed

Plaintiff's tort claims with prejudice and dismissed Plaintiff's contract claims without prejudice

for failure to exhaust administrative remedies.  In the same order, the Court denied Plaintiff's

motion for appointment of counsel and motion for summary judgment.  The Court denied

---

     [1] This disposition is not designated for publication and may not be cited.

1   Plaintiff's motion for reconsideration by order dated April 4, 2006.

2           The docket reflects that Plaintiff filed a notice of appeal on May 22, 2006 and that a

3   request for payment of docket fee was mailed to Plaintiff on June 1, 2006.  On June 9, 2006,

4   Plaintiff filed a document directed to the Court of Appeals, requesting an order forcing this Court

5   to remove Defendant's attorney (apparently on the theory that it is unfair to permit Defendant to

6   have representation when Plaintiff has been denied appointment of counsel) or, alternatively,

7   forcing this Court to appoint counsel for Plaintiff.  This document also requests that Plaintiff be

8   permitted to proceed *in forma pauperis* and reargues legal issues previously decided by this

9   Court.  On June 20, 2006 Plaintiff filed another document directed to the Court of Appeals,

10  stating that he will *not* pay the filing fee for his appeal and noting "$455.00 DOCKET FEE?

11  BUMPED YOUR HEAD?!"

12          It does not appear that Plaintiff is requesting any relief from this Court, as both the June

13  2006 documents are directed to the Court of Appeals.  To the extent that Plaintiff is requesting

14  that this Court grant him leave to proceed *in forma pauperis* or appoint of counsel, those requests

15  will be denied.  Plaintiff has not provided financial information in support of his request to

16  proceed *in forma pauperis* as required by Federal Rule of Appellate Procedure 24, and has not

17  demonstrated that any of his claims have potential merit.  Moreover, while the Court has

18  discretion to request counsel to provide *pro bono* representation in "exceptional" cases, *see*

19  *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991), Plaintiff has not demonstrated that this is

20  an exceptional case, at least in the sense contemplated in *Terrell*.

21          Accordingly, to the extent that Plaintiff is requesting relief from this Court, such relief is

22  DENIED.

23          IT IS SO ORDERED.

24

25  DATED:  7/18/06

26

27                                                                  _____

                                                                       JEREMY FOGEL
                                                                       United States District Judge

28

2

1   This Order was served on the following persons:

2

3   Fikri Bayramoglu
    C-54604
4   P.O. Box 689
    Soledad, CA 93960
5
    Kevin V. Ryan
6   United States Attorney
    450 Golden Gate Avenue
7   P.O. Box 36055
    San Francisco, CA 94102
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3